September 26, 2008

Ms. Renuka V. Jain
Renuka V. Jain & Associates, P.C.
P.O. Box 3265
Sugarland, TX 77487-3265
Mr. J. Cary Gray
Looper Reed & McGraw, P.C.
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

RE: Case Number: 06-0162
 Court of Appeals Number: 14-04-00790-CV
 Trial Court Number: 2002-25431

Style: DONALD DAVIS
 v.
 FISK ELECTRIC COMPANY, FISK TECHNOLOGIES & FISK MANAGEMENT, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Charles Bacarisse |
| |Ms. Virginia K. |
| |Hoelscher |
| |Ms. Allecia |
| |Lindsey-Pottinger |